LLOYD W. McCHESNEY, as Liquidator of GREGORY & SONS, Respondent, v. ESMOND K. MURPHY et al., Appellants, and AMERICAN STOCK EXCHANGE, Respondent.—

Concur —
Markewich, J. P., Nunez, Kupferman, Steuer and Tilzer, JJ.

(April 13, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KRIEGER, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Tilzer and Eager, JJ.